IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

VICTOR OCASIO MARRERO

CARMEN SANTOS SANTOS

XXX-XX-7750

XXX-XX-5995

CASE NO. 10-01052 BKT

Chapter 13

**FILED & ENTERED ON 06/17/2010**

Debtor(s)

## ORDER

Debtors' motions to assume commercial lease with Dr Ada L. Santos Santos (docket #25), with Joan M. Rivera Guzman (docket #27) and to assume commercial leases with Popular Auto (docket #26) are hereby granted as unopposed.

IT IS SO ORDERED.

San Juan, this 17 day of June, 2010.

Brian K. Tester
U.S. Bankruptcy Judge