IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

VICTOR OCASIO MARRERO

CARMEN SANTOS SANTOS

XXX-XX-7750

XXX-XX-5995

Debtor(s)

CASE NO. 10-01052 BKT

Chapter 13

**FILED & ENTERED ON 06/17/2010**

## O R D E R

Upon the debtors's objection to claims (docket #41 & #43), and there being no opposition, the Court hereby grants debtors's objection to the following claims:

| CLAIM NO. | CLAIMANT'S NAME |
|---|---|
| 2 | R&G MORTGAGE CORPORATION |
| 3 | CRIM |

SO ORDERED.

San Juan, Puerto Rico, this 17 day of June, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR(S)
CARLO J. RODRIGUEZ PUIGDOLLERS
JOSE RAMON CARRION MORALES
US TRUSTEE
R&G MORTGAGE CORPORATION
CRIM
CLAIMS REGISTER