UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-01052-BKT |
|---|---|
| VICTOR OCASIO MARRERO | |
| XXX-XX-7750 | |
| CARMEN SANTOS SANTOS | |
| XXX-XX-5995 | CHAPTER 13 |

DEBTOR (S)

TRUSTEE'S OBJECTION TO CLAIM #24-1
FILED BY (OR ON BEHALF OF):SECURITY CREDIT SERVICES

TO THE HONORABLE COURT:

The Trustee objects to Claim #24-1, filed on July 30, 2010 for the amount of $3,232.50, classified as UNSECURED on the following grounds:

• Failure to comply with BR 3002(c), claim filed after bar date. The claims bar date was Jun 16, 2010.

WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:

Disallowing objected Claim.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

In San Juan, Puerto Rico this Wednesday, August 11, 2010.

/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, Old San Juan Stat.
San Juan, PR 00902-3884
Tel. (787) 977-3535
Fax  (787) 977-3550

```
                        10-01052-BKT
                        VICTOR OCASIO MARRERO


                       VERIFIED STATEMENT


     The undersigned, of legal age and as employee of Jose R. Carrion,
Chapter 13 Trustee Office, hereby certifies that on this same date, I
personally and duly notified a true and exact copy of the attached motion
to each party below listed.

     VICTOR OCASIO MARRERO          SECURITY CREDIT SERVICES
     PO BOX 843                     PO BOX 1156
     COROZAL, PR   00783            OXFORD, MS   38655



     CARLO J RODRIGUEZ PUIGDOLLERS*
     LANDRON & RODRIGUEZ LAW
     OFFICE*
     PO BOX 52044
     TOA BAJA, PR   00950-2044

In San Juan, Puerto Rico this Wednesday, August 11, 2010.
```

*Olga Sosa*
_____
Chapter 13 Clerk