IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-01052 BKT

VICTOR OCASIO MARRERO

Chapter 13

CARMEN SANTOS SANTOS

XXX-XX-7750

XXX-XX-5995

**FILED & ENTERED ON 09/21/2010**

Debtor(s)

## O R D E R

Upon the trustee's objection to claim (docket #70), and there being no opposition, the Court hereby grants trustee's objection to the following claim:

| CLAIM NO. | CLAIMANT'S NAME |
|---|---|
| 24-1 | SECURITY CREDIT SERVICES |

SO ORDERED.

San Juan, Puerto Rico, this 21 day of September, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    CARLO J. RODRIGUEZ PUIGDOLLERS
    JOSE RAMON CARRION MORALES
    US TRUSTEE
    SECURITY CREDIT SERVICES
    CLAIMS REGISTER